H. Burton Schatz, Appellant, v. American National Bank and Trust Company of Chicago et al., Appellees.

Gen. Nos. 43,187, 43,188.

MATCHETT, J., dissenting.

318

opinion filed December 11, 1944; rehearing denied December 26, 1944; released for publication December 27, 1944. Irving S. Berman, for appellant; Abraham Miller, of counsel; Lewis C. Murtaugh, for certain appellees; Kirkland, Fleming, Green, Martin & Ellis, for certain other appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.